**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JANE DOE,

             Plaintiff,

    v.

QUANOVATE TECH INC.,

             Defendant.

Case No. CV 25-12201 PA (PDx)

JUDGMENT OF DISMISSAL

     Pursuant to the Notice of Dismissal filed on April 22, 2026, which dismissed the claims asserted by plaintiff Jane Doe without prejudice, and the Court's June 1, 2026 Minute Order, which denied the Motion for Leave to File First Amended Complaint and Substitute Parties,

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: June 1, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE